PROB 12C
(6/16)

Report Date: August 27, 2018

# United States District Court

#### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 27, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Breanna M. Shove | Case Number: 0980 2:17CR00128-WFN-4 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: March 15, 2018

| | | |
|---|---|---|
| Original Offense: | Bank Fraud, 18 U.S.C. § 1344 | |
| Original Sentence: | Prison - 1 day<br>TSR - 60 days | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Scott Jones | Date Supervision Commenced: March 15, 2018 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: March 14, 2023 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: On March 22, 2018, Breanna Shove was provided the judgment and sentence for case number 2:17CR00128-WFN-4. Additionally, she signed said judgment indicating she fully understood the conditions of her term of supervision. Specifically, that she must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the Court.<br><br>On August 16, 2018, Judge Nielsen issued an order that quashed a pending warrant, and required Ms. Shove to enter an inpatient treatment facility. Ms. Shove subsequently entered inpatient treatment at Spokane Addiction Recovery Center (SPARC) on August 20, 2018. |

Prob12C
**Re: Shove, Breanna M.**
**August 25, 2018**
**Page 2**

The U.S. Probation Office was advised that Breanna Shove aborted treatment at SPARC on August 25, 2018. At the time of this report, she is no longer engaged in any substance abuse treatment programs.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   8/27/2018

s/ Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[x]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

8/27/2018
Date