PROB 12C
(6/16)

Report Date: September 24, 2020

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 24, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Breanna M. Shove                Case Number: 0980 2:17CR00128-RMP-4

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: March 15, 2018

| | |
|---|---|
| Original Offense: | Bank Fraud, 18 U.S.C. § 1344 |

| | | |
|---|---|---|
| Original Sentence: | Prison - 1 day<br>TSR - 60 day | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(December 13, 2018) | Prison - 8 months<br>TSR - 52 months | |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: July 26, 2019 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: November 25, 2023 |

### PETITIONING THE COURT

To issue a **warrant**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 8**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged that Breanna Shove violated the terms of her supervised release by consuming a controlled substance, methamphetamine and heroin, on or about August 23 and 26, 2020.<br><br>On July 26, 2019, supervision commenced in this matter. On August 2, 2019, a supervision intake was completed. The conditions of supervision were reviewed with Ms. Shove and she acknowledged an understanding of these conditions, to include special condition number 8, noted above.<br><br>On August 27, 2020, Ms. Shove contacted the undersigned. She advised she had become overwhelmed and consumed both methamphetamine and heroin on August 23 and 26, 2020. |

Prob12C
Re: Shove, Breanna M.
September 24, 2020
Page 2

On August 28, 2020, she submitted to urinalysis testing and the lab report detected a positive presence for both methamphetamine and heroin.

2     **Special Condition # 8**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Breanna Shove violated the terms of her supervised release by consuming a controlled substance, methamphetamine and heroin, on or about September 12 and 13, 2020.

On July 26, 2019, supervision commenced in this matter. On August 2, 2019, a supervision intake was completed. The conditions of supervision were reviewed with Ms. Shove and she acknowledged an understanding of these conditions, to include special condition number 8, noted above.

On September 15, 2020, the undersigned spoke with Ms. Shove. She admitted to consuming methamphetamine and heroin throughout the weekend of September 12 and 13, 2020.

3     **Special Condition # 7**: You must participate in an inpatient substance abuse treatment program and any recommended aftercare. You must follow the rule and regulations of the treatment program. The probation officer will supervise your participation in the program (provider, location, modality, intensity, etc.). You must pay for the costs of the program if financially able.

**Supporting Evidence**: It is alleged that Breanna Shove violated the terms of her supervised release by aborting inpatient treatment, on or about September 23, 2020.

On July 26, 2019, supervision commenced in this matter. On August 2, 2019, a supervision intake was completed. The conditions of supervision were reviewed with Ms. Shove and she acknowledged an understanding of these conditions, to include special condition number 7, noted above.

On September 15, 2020, after Ms. Shove disclosed continued drug use (see violations number 1 and 2), she was advised to seek detox services, followed by inpatient treatment. Ms. Shove later confirmed she was scheduled to appear for detox services at American Behavioral Health Systems (ABHS) on the morning on September 18, 2020.

Ms. Shove did not arrive at ABHS on September 18, 2020, as reported. However, she checked in at ABHS on the morning of September 21, 2020. The undersigned made contact with the counselor with ABHS, who confirmed Ms. Shove had arrived to detox on September 21, 2020, and would be transitioned into an inpatient program within a week.

However, on September 24, 2020, ABHS contacted the undersigned and advised Ms. Shove aborted services against treatment advice.

The undersigned has made attempts to reach Ms. Shove. Her cellular telephone goes straight to voicemail and at this time she has failed to return the undersigned's calls.

Prob12C
Re: Shove, Breanna M.
September 24, 2020
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/24/2020

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

9/24/2020

Date