PROB 12C
(6/16)

Report Date: February 2, 2023

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 02, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Breanna M. Shove             Case Number: 0980 2:17CR00128-WFN-4

Address of Offender:                  Spokane, Washington 99208

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: March 15, 2018

| | | |
|---|---|---|
| Original Offense: | Bank Fraud, 18 U.S.C. § 1344 | |
| Original Sentence: | Prison - 1 day;<br>TSR - 60 days | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(December 13, 2018) | Prison - 8 months;<br>TSR - 52 months | |
| Revocation Sentence:<br>(March 3, 2021) | Prison - 59 days<br>TSR - 52 months | |
| Asst. U.S. Attorney: | Daniel Fruchter | Date Supervision Commenced: March 5, 2021 |
| Defense Attorney: | Andrea George | Date Supervision Expires: July 4, 2025 |

## PETITIONING THE COURT

To issue a warrant.

On March 11, 2021, the undersigned officer reviewed a copy of the conditions of supervision with Ms. Shove as outlined in the judgment and sentence. Ms. Shove signed his judgment acknowledging an understanding of those conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.<br><br>**Supporting Evidence**: Ms. Shove allegedly violated the above-stated condition of her supervised release by consuming fentanyl and heroin on January 26, 2023. |

Prob12C
Re: Shove, Breanna M
February 2, 2023
Page 2

On February 2, 2023, Ms. Shove verbally admitted to consuming fentanyl and heroin to the undersigned officer and signed a written admission form for consuming the substances on or about January 26, 2023.

2    **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: Ms. Shove allegedly violated the above-stated condition of her supervised release by consuming fentanyl and heroin on February 2, 2023.

On February 2, 2023, Ms. Shove verbally admitted to consuming fentanyl and heroin to the undersigned officer and signed a written admission form for consuming the substances on or about February 2, 2023.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    02/02/2023

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

February 2, 2023
Date